IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

GINGER MORRIS,

        Plaintiff,

        1:10-cv-01312-CL

v.        **ORDER**

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (#27), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation (#27). Counsel is to be awarded $5,663.06 pursuant to 42 U.S.C. § 406(b). Counsel is directed to refund to her client $4,385.35 in previously awarded EAJA fees.

IT IS SO ORDERED.

DATED this **3** day of April, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER